**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for MARVIN PROXMIRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-F-05-0161 OWW |
| Plaintiff, | ) ) | DEFENDANT MARVIN PROXMIRE'S WAIVER OF APPEARANCE |
| vs. | ) ) | |
| MARVIN PROXMIRE, et al., | ) ) | DATE: September 26, 2005 TIME: 1:30 PM |
| Defendant. | ) | DEPT: Hon. Oliver W. Wanger |
| _____ | ) | |

TO THE HONORABLE COURT:

Defendant Marvin Proxmire hereby knowingly, voluntarily and intelligently waives his right to be present at the status conference currently scheduled before the Hon. Oliver W. Wanger on November 14, 2005, at the hour of 1:30 PM, where his presence is not necessary to ensure his constitutional rights.  Defendant Proxmire also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43.  Further, defendant Proxmire agrees that attorney Daniel A. Bacon may appear on his behalf and that the defendant will appear at any hearing next scheduled by the court.

Executed this  8th  day of November, 2005, at St. George, Utah.

/s/ Marvin Proxmire
MARVIN PROXMIRE

Executed this  14th  day of November, 2005, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
MARVIN PROXMIRE

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-F-05-0161 OWW |
| Plaintiff, | ) | [PROPOSED] ORDER |
| vs. | ) | |
| MARVIN PROXMIRE, et al., | ) | |
| Defendant. | ) | |

This matter came before the court on defendant Marvin Proxmire.'s *ex parte* request that his personal appearance at the November 14, 2005 status conference be excused. The Court hereby grants the defendant's *ex parte* application and excuses his appearance on November 14, 2005..

Dated: __November 16, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE