1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for MARVIN PROXMIRE

5

                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,          )   NO. CR-F-05-0161 OWW
                                      )
9              Plaintiff,             )   DEFENDANT MARVIN PROXMIRE'S
                                      )   WAIVER OF APPEARANCE
10       vs.                          )
                                      )
11 MARVIN PROXMIRE, et al.,           )   DATE:   September 26, 2005
                                      )   TIME:   1:30 PM
12             Defendant.             )   DEPT:   Hon. Oliver W. Wanger
   _____)
13

14 TO THE HONORABLE COURT:

15       Defendant Marvin Proxmire hereby knowingly, voluntarily and intelligently waives

16 his right to be present at the status conference currently scheduled before the Hon.

17 Oliver W. Wanger on November 14, 2005, at the hour of 1:30 PM, where his presence is

18 not necessary to ensure his constitutional rights.  Defendant Proxmire also knowingly,

19 voluntarily and intelligently waives his right to be present at these proceedings under

20 Federal Rules of Criminal Procedure, Rule 43.  Further, defendant Proxmire agrees that

21 attorney Daniel A. Bacon may appear on his behalf and that the defendant will appear at

22 any hearing next scheduled by the court.

23       Executed this  8th  day of November, 2005, at St. George, Utah.

24
                                          /s/ Marvin Proxmire
25                                        MARVIN PROXMIRE

26       Executed this  14th  day of November, 2005, at Fresno, California.

27                                        /s/ Daniel A. Bacon
                                          DANIEL A. BACON, Attorney for
28                                        MARVIN PROXMIRE

                                          1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-F-05-0161 OWW |
| Plaintiff, | ) | [PROPOSED] ORDER |
| vs. | ) | |
| MARVIN PROXMIRE, et al., | ) | |
| Defendant. | ) | |

This matter came before the court on defendant Marvin Proxmire.'s *ex parte* request that his personal appearance at the November 14, 2005 status conference be excused.  The Court hereby grants the defendant's *ex parte* application and excuses his appearance on November 14, 2005..

Dated: __November 16, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE