PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | **Docket Number: 1:05CR00161-10 OWW** |
| ) | |
| **MARVIN PROXMIRE**   ) | |
| ) | |

On April 25, 2008, the above-named was placed on Supervised Release for a period of five (5) years. He is currently supervised in the Eastern District of Michigan. According to the supervising probation officer, the releasee has complied with the rules and regulations of supervision. In addition, he has completed counseling, maintained stable housing, satisfied all monetary obligations, and demonstrated the ability to live a crime-free life. Assistant United States Attorney Karen Escobar has been contacted and does not object to early termination. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Michael W. Armistead

**Michael W. Armistead
Senior United States Probation Officer**

Dated:   July 2, 2009
         Fresno, California


**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **Hubert J. Alvarez
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Marvin Proxmire**
**       Docket Number:   1:05CR00161-10 OWW**
**       ORDER TERMINATING Supervised Release**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    July 2, 2009**                                  <u>        /s/ Oliver W. Wanger        </u>
                                                            UNITED STATES DISTRICT JUDGE